## Charles Ellis *et al. versus* Elisha Wheeler.

*bonâ fide* holder for a valuable consideration of a check payable to bearer, addressed to no particular person, may recover in an action against the drawer for money had and received.

Assumpsit upon a memorandum in writing as follows : — " Memdm. State Bank. No.         100 Dolls.         cts. May 29, 1819. Pay to Capt. Cazneau or bearer one hundred dollars. Elisha Wheeler. To the cashier." The word State was cancelled by a line drawn through it. The declaration contained the usual money counts ; also counts upon the memorandum as upon a promissory note, and as upon a bill of exchange. It was proved at the trial, that the memorandum came to the hands of the plaintiffs for a valuable consideration, about five years after it was made. A verdict was taken for the plaintiffs, subject to the opinion of the Court.

*B. Parsons* now contended, that the action could not be *March 11th.* sustained upon either of the counts, and he cited *Saxton v. Johnson*, 10 Johns. R. 418 ; *Hodges* v. *Steward*, 1 Salk. 125 ; *Harris* v. *Huntbach*, 1 Burr. 373 ; *Ball* v. *Allen*, 15 Mass. R. 433 ; *Brown* v. *Gilman*, 13 Mass. R. 158 ; *Waynam* v. *Bend*, 1 Campb. 175 ; *Johnson* v. *Collings*, 1 East, 98 ; *Barlow* v. *Bishop*, ibid. 434 ; *Whitwell* v. *Bennett*, 3 Bos. & Pul. 559 ; *Houle* v. *Baxter*, 3 East, 177 ; Chitty on Bills (6th ed.), 364 *et seq.*

*Gay, contrà,* cited Bayley on Bills, 6 ; *Shuttleworth* v. *Stephens*, 1 Campb. 407 ; *Tatlock* v. *Harris*, 3 T. R. 174 ; *Grant* v. *Vaughan*, 3 Burr. 1516 ; *Ball* v. *Allen*, 15 Mass. R. 433.[1]

The *Court*, without expressing an opinion in regard to the *March 15th*

special counts, held, upon the authority of *Grant* v. *Vaughan* in particular, that the action was sustainable upon the count for money had and received, and they referred to *Bullard* v *Bell*, 1 Mason, 243, and the cases there cited, in corroboration of their decision. See also *Pierce* v. *Crafts*, 12 Johns R. 90.

*Judgment according to the verdict.*